NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORTHO-McNEIL PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and BARR LABORATORIES, INC., <br><br> Defendants. | Hon. Dennis M. Cavanaugh <br><br> **ORDER** <br><br> Civil Action No. 04-0886 (DMC)(MF) |
| ORTHO-McNEIL PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KALI LABORATORIES, INC., PAR PHARMACEUTICAL COMPANIES, INC., PAR PHARMACEUTICAL, INC., BARR LABORATORIES, INC., and CARACO PHARMACEUTICAL LABORATORIES, LTD., <br><br> Defendants. | Civil Action No. 06-3533 (DMC)(MF) |

DENNIS M. CAVANAUGH, U.S.D.J.:

**WHEREFORE** Fed. R. Civ. P. 60(a) states that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;"

IT IS on this 5 day of September, 2008;

**ORDERED** that this Court's August 25, 2008, Order entering final judgment pursuant to Rule 54(b) with respect to Civil Action No. 04-0886 and Civil Action No. 06-3533 is hereby **vacated**.

*[signature]*
Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk
cc:    All Counsel of Record
       Hon. Mark Falk, U.S.M.J.
       File